UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pierce Duchene, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiff,<br><br> v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services,<br><br>      Defendant. | Civil Action No.: 2:13-cv-01577-MRH |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SERGEI LEMBERG**

  Sergei Lemberg, undersigned counsel for Plaintiff, Pierce Duchene, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff, Pierce Duchene, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

  In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Sergei Lemberg, Esq. filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 20, 2013

                Respectfully submitted,

                 /s/ Sergei Lemberg
                Sergei Lemberg (CT Bar No. 425027)
                Lemberg Law, LLC
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Tel: (203) 653-2250
                Fax: (203) 653-3424
                Email: slemberg@lemberglaw.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on November 20, 2013, a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which sent notice of the filing to the following party listed below:

Laura A. Lange, Esq.
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

                                                            */s/ Sergei Lemberg*
                                                         Sergei Lemberg, Esq.