IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PIERCE DUCHENE,<br><br>        Plaintiff,<br><br>        vs.<br><br>WESTLAKE SERVICES, LLC, d/b/a<br>WESTLAKE FINANCIAL SERVICES,<br><br>        Defendant. | Civil Action No. 2:13-cv-1577-MRH<br><br>Hon. Mark R. Hornak,<br>United States District Judge |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH A. ZIELINSKI

Sarah A. Zielinski, undersigned counsel for Defendant Westlake Services, LLC, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, Westlake Services, LLC, pursuant to LCvR Rule 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Sarah A. Zielinski filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  June 10, 2014

Respectfully submitted,

 /s/ Sarah A. Zielinski
Sarah A. Zielinski  (IL6294156)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
(312) 849-8288 (telephone)
(312) 698-4598 (facsimile)
Email: szielinski@mcguirewoods.com
*Attorney for Defendant Westlake Services, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via notice delivered by the Court's ECF System on this 10th day of June, 2014:

Jody Burton, Esq.
jburton@lemberglaw.com

Stephen Taylor, Esq.
staylor@lemberglaw.com

Sergei Lemberg, Esq.
slemberg@lemberglaw.com

/s/ Sarah A. Zielinski

57692411_1