UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pierce Duchene, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br>v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services,<br><br>                              Defendant. | Civil Action No.: 2:13-cv-01577-MRH<br><br>Hon. Mark R. Hornak |

**MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND (2) AN INCENTIVE AWARD TO THE NAMED PLAINTIFF**

Pursuant to Fed. R. Civ. P. 23(h), the Parties' Settlement Agreement and in accordance with Paragraph 10 of the Court's Preliminary Approval Order (Doc. No. 108), Plaintiff Pierce Duchene and Class Counsel respectfully move this Court for an Order awarding attorneys' fees and expenses of $3,333,333.33 (one-third of the $10 million Settlement Fund) and for an incentive award to the Class Representative in the amount of $10,000.00.

In support, Plaintiff and Class Counsel submit the accompanying memorandum of law in support and the Declarations of Class Counsel Sergei Lemberg and Stephen F. Taylor.

For the reasons set forth in the accompanying memorandum, Plaintiff and Class Counsel respectfully request that the Court grant this motion and award the requested fees, expenses and incentive award.

Dated: June 7, 2016                      Respectfully submitted,

                                      By:  */s/ Stephen Taylor*
                                               Stephen F. Taylor
                                               Sergei Lemberg
                                               LEMBERG LAW LLC
                                               43 Danbury Road
                                               Wilton, CT 06897
                                               Telephone: (203) 653-2250
                                               Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      This certifies that on June 7, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which sent notice of such filing to the following parties:

Laura A. Lange
McGuire Woods, LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

Seth A. Schaeffer (Admitted *Pro Hac Vice*)
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

David L. Hartsell (Admitted *Pro Hac Vice*)
Sarah A. Zielinski (Admitted *Pro Hac Vice*)
McGuire Woods, LLP
77 West Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

                                                    By    */s/ Stephen Taylor*
                                                                   Stephen Taylor