# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PIERCE DUCHENE, on behalf of himself
and all others similarly situated,

        Plaintiff,

  vs.

WESTLAKE SERVICES, LLC dba
WESTLAKE FINANCIAL SERVICES,

        Defendant

_____/

**Case No. 2:13-cv-01577-MRH**

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN KEMNITZER**

Assigned for all purposes to Hon. Mark R. Hornak

Bryan Kemnitzer, undersigned counsel for Objector Tamara Lynn Eugene, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Objector Tamara Lynn Eugene pursuant to LCvr Rule 83.2 and LCvR83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Bryan Kemnitzer filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: June 28, 2016

        */s/ Bryan Kemnitzer*
        BRYAN KEMNITZER  (CA066401)
        Kemnitzer, Barron & Krieg
        445 Bush St., 6th Floor
        San Francisco, CA  94108
        Telephone:  (415) 632-1900
        Facsimile:  (415) 632-1901
        bryan@kbklegal.com
        Attorney for Objector Tamara Lynn Eugene