IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PIERCE DUCHENE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTLAKE SERVICES, LLC dba WESTLAKE FINANCIAL SERVICES,<br><br>    Defendant<br>_____/ | Case No. 2:13-cv-01577-MRH<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOT CONN**<br><br>Assigned for all purposes to Hon. Mark R. Hornak |

Elliot Conn, undersigned counsel for Objector Tamara Lynn Eugene, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Objector Tamara Lynn Eugene pursuant to LCvr Rule 83.2 and LCvR83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Elliot Conn filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  June 28, 2016

/s/ *Elliot Conn*
ELLIOT CONN  (CA279920)
Kemnitzer, Barron & Krieg
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
elliot@kbklegal.com
Attorney for Objector Tamara Lynn Eugene

1